Charles B. Brown, Appellant, v. Paul A. English and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred. .

Doris Brown, Respondent, v. Pauline Ziff, Appellant.— Appeal dismissed, with ten dollars costs and disbursements, on the ground that the order is not appealable. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Ella Gordon Brown, Respondent, v. Clarence E. Anderson, Appellant. (Actions Nos. 1 and 2.) — Judgments and orders affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Lena C. Buckley, Appellant, v. Frank W. Elstroth, Individually and as Administrator, etc., of George H. Elstroth, Deceased, and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Joseph A. Burr and Others, Composing the Firm of Burr, Coombs & Wilson, Respondents, v. David K. Case, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Frances Callahan, Appellant, v. Christopher Gravius, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Thomas J. Cantlin, Respondent, v. Lawrence J. Kennedy and Calvin W. Strickland, Appellants.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Abraham Carrol, Respondent, v. Morris Dubin and Isaac Dubinsky, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Daniel Deegan, Respondent, v. Gutta Percha and Rubber Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J,, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John H. Delesderniers, Respondent, v. The Philadelphia Casualty Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with costs. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

William E. Doggett, Respondent, v. The Board of Education of the City of New York, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.